# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

| | |
|---|---|
| **Case Number** | 24-1289 |
| **Short Case Caption** | Smart Mobile Technologies LLC v. Apple Inc. |
| **Filing Party/Entity** | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. |

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Smart Mobile Techs. LLC v. Apple Inc., 3:23-cv-04168 (N.D. Cal.)
  (transferred from Smart Mobile Techs. LLC v. Apple Inc., 6:21-cv-00603 (W.D. Tex.))

Smart Mobile Techs. LLC v. Samsung Electronics Co. Ltd., et al., 6:21-cv-00701 (W.D. Tex.)

☐    Additional pages attached

**FORM 9A. Notice of Related Case Information**                          Form 9A (p. 2)
                                                                          March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Smart Mobile Technologies LLC
Apple Inc.
Samsung Electronics America, Inc. f/k/a Samsung Telecommunications America LLC
Samsung Electronics Co., Ltd.

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See attached.

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 1/17/2024

Signature:   */s/ Lauren A. Degnan*

Name:        Lauren A. Degnan

Save for Filing

**3.**    **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Cherry Johnson Siegmund James, PLLC
DLA Piper LLP (US)
Fish & Richardson P.C.
Graves & Shaw LLP
Hagens Berman Sobol Shapiro LLP
Hilgers Graben PLLC
Love Law Firm PC
Skiermont Derby LLP
Steckler, Wayne, Cochran, Cherry PLLC
Walt Fair, PLLC

Greer N. Shaw
Philip J. Graves
Gregory Phillip Love
Mark D. Siegmund
Paul Joseph Skiermont
Rex Hwang
Ryan A. Hargrave
Steven Joseph Udick
Todd A. Martin
Craig D. Cherry
Alexander E. Gasser
Justin Wayne Allen
Craig D. Cherry

Catherine Huang
Joel Chao-lee Lin
John Michael Guaragna
Mark D. Fowler
Martin M. Ellison
Michael Darron Jay
Nandan Raghunath Padmanabhan
Tiffany C. Miller

Aamir A. Kazi
Brian P. Boyd
Christopher O. Green
David M. Hoffman
Joshua A. Rosefelt
Leonard Davis
April Sunyoung Park
Jonathan B. Bright
Andria Rae Crisler
Ruffin B. Cordell
Thomas H. Reger, II
Jon B. Hyland